```
                    IN THE UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF GEORGIA
                            ATHENS DIVISION


FREEMAN MOSS,                        *

          Plaintiff                  *

vs.                                  *
                                                CASE NO. 3:07-CV-78 (CDL)
MICHAEL J. ASTRUE, Commissioner      *
of Social Security,
                                     *
          Defendant
_____     *
```

O R D E R

    After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 9, 2008, is hereby approved, adopted, and made the Order of the Court.

    IT IS SO ORDERED, this 13th day of August, 2008.


                                                  S/Clay D. Land
                                                   CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE